```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD A. PICKLES
    Assistant U.S. Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: 916-554-2700
```

FILED

DEC 20 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-537 LKK |
| Plaintiff, | Request For Unsealing of Indictment and [Proposed] Order |
| v. | |
| TROY STRATOS, | |
| Defendant. | |

TO THE HONORABLE CAROLYN K. DELANEY, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On December 16, 2011, the Honorable Kendall J. Newman issued an order sealing the Indictment in the above-referenced case until the arrest of the defendant or further order of the Court.

2. As of today, December 20, 2011, agents of the United States have arrested the defendant. It is now necessary to unseal the indictment so that the defendant may be fully apprised of the charges

1

against him.

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: December 20, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
U.S. ATTORNEY

By: /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

The Court hereby orders that the Indictment in Case No. 2:11-CR-0537 LKK, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: 12/20/11

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge