BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Main:     (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00537 LKK |
| Plaintiff, | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | [18 U.S.C. § 3161(h)] |
| TROY STRATOS, | |
| Defendant. | |

The parties appeared before the Court for a status hearing on February 7, 2012. Walter Urban, Esq., counsel of record for Defendant, requested that the matter be continued to March 6, 2012, for a further status. Mr. Urban represented that he had received a large volume of discovery from the United States which he needed time to review, and advised the Court that the Honorable Edmund F. Brennan, U.S. Magistrate Judge, had found the matter complex. The United States concurred in Mr. Urban's request for a continuance with an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161. Additionally, upon advisement by the Court of his rights under the Speedy Trial Act, Defendant Troy Stratos acknowledged his rights and

1

stipulated to the exclusion of time until March 6, 2012 with respect to a trial within 70 days of his indictment.

Furthermore, during the detention hearing before the Judge Brennan, the United States represented to the Court that Defendant has been provided in discovery approximately 800 pages of documents and seven DVDs containing audio recordings, and that Defendant has been informed there are approximately 42 boxes of additional documents available for his review. The Court, Judge Brennan presiding, found that the case was complex under Local Code T2, which corresponds to the provisions under 18 U.S.C. § 3161(h)(7)(B)(ii), and that defense counsel needed time to prepare for his client's defense under Local Code T4, which corresponds to the provisions under 18 U.S.C. § 3161(h)(7)(B)(iv).

For the foregoing reasons, the Court finds that trial delay and exclusion of time is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence. The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, the time period from February 7, 2012, to March 6, 2012, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

IT IS SO ORDERED.

DATED: _February 13, 2012___

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2