Name and address:
DAVID WEINER, (CSB 56391)
LAW OFFICE OF DAVID WEINER
3350 Country Club Drive, Suite 202
Cameron Park, CA 95682
Telephone: (530) 677-9487
Facsimile: (530) 677-2955

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:11-CR-00537-LKK |
| v. | |
| Troy Stratos | ORDER ON REQUEST FOR APPROVAL OF ~~SUBSTITUTION~~ OF ATTORNEY ASSOCIATION |
| Defendant(s). | |

The Court hereby orders that the request of:

_____Troy Stratos_____  ☐ Plaintiff   X Defendant   ☐ Other _____
Name of Party

to ~~substitute~~ associate David Weiner _____ who is

X Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____3350 Country Club Drive, Suite 202_____
Street Address

_____Cameron Park, CA 95682_____                _____Courtney.Brophy@gmail.com_____
City, State, Zip                                     E-Mail Address

_____(530) 677-9487_____   _____(530) 677-2955_____   _____56391_____
Telephone Number              Fax Number                      State Bar Number

as attorney of record in association with ~~place and stead of~~ _____Walter Urban_____
                                                                 Present Attorney

is hereby   ☐ GRANTED   ☐ DENIED

                                              [signature]
Dated   MARCH 21, 2012                        _____
                                              U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)       ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY