JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY STRATOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TROY STRATOS,<br><br>        Defendant. | No. Cr S 11-0537 LKK<br><br>ORDER APPOINTING COUNSEL<br><br>Time:<br>Judge: Hon. Lawrence K. Karlton |

     The defendant, Troy Stratos, through the Office of the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

     The Office of the Federal Defender was recently contacted by the defendant who indicated that he had no funds to continue to pay for private counsel. It appears that the defendant qualifies for appointment of counsel. A financial affidavit is included with this application as evidence of his inability to continue with private

counsel.  Counsel undersigned has also communicated with the defendant's accountant and with his private counsel to confirm that his funds have been depleted.

Dated: January 29, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
TROY STRATOS

Having satisfied the Court that TROY STRATOS is unable to continue to employ counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: February 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**CJA 23** (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

UNITED STATES vs. _____

FOR: EASTERN DISTRICT OF CA
AT: SACRAMENTO, CALIFORNIA

**LOCATION NUMBER:** CAESC

**PERSON REPRESENTED** (Show your full name): Troy David Stratos aka Stafford (passport)

- 1 ☒ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**DOCKET NUMBERS**
- Magistrate:
- District Court:
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box → ) ☒ Felony ☐ Misdemeanor
Mail Fraud

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: In custody since 12/20/2011
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: None

**CASH** — Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ unknown

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: None (2 cars seized by the govt.)

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: *Had large trust account most had gone to pay private attorneys, investigators etc... Chapman will have bottom line.

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors: Mark Chapman (CPA) — Total Debt $ unknown — Monthly Payt. $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 1/27/13

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)