```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    ) Case No. 2:11-CR-537 LKK
                                 )
11              Plaintiff,       )
                                 ) **STIPULATION AND ORDER CONTINUING**
12       v.                      ) **STATUS CONFERENCE AND EXCLUDING TIME**
                                 )
13  TROY STRATOS,                )
                                 ) Date:    March 19, 2013
14              Defendant.       ) Time:    9:15 a.m.
                                 ) Judge:   Hon. Lawrence K. Karlton
15  _____ )
16
```

IT IS HEREBY STIPULATED AND AGREED between defendant Troy Stratos through his attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Todd Pickles, that the status conference as to defendant Russo, scheduled for March 19, 2013, may be continued to May 21, 2013, at 9:15 a.m.

The federal defender was appointed in February to represent Mr. Stratos. Assigned counsel has begun reviewing discovery, which is voluminous, and assembling a defense team. The charges against Mr. Stratos arise from events occurring over five years ago and a lengthy investigation is likely to consume much of the year. New counsel hopes to have a better sense by mid-May about what will be needed for future scheduling purposes.

Because of the new appointment and need for time to prepare, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of the public and Mr. Stratos in a speedy trial. The pasties ask the Court to exclude time under the Speedy Trial Act through May 21, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: March 14, 2013        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for TROY STRATOS


BENJAMIN B. WAGNER
United States Attorney

Dated: March 14, 2013        /s/ T. Zindel for T. Pickles
TODD PICKLES
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 21, 2013, at 9:15 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and orders time exclude through May 21, 2013, for the reasons set forth above.

IT IS SO ORDERED.

Dated: March 14, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT