HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-537 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| TROY STRATOS, | |
| Defendant. | Date: May 21, 2013<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant Troy Stratos through his attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Todd Pickles, that the status conference scheduled for May 21, 2013, may be continued to July 23, 2013, at 9:15 a.m.

The federal defender was appointed in February to represent Mr. Stratos. Assigned counsel is still reviewing the extensive discovery. The charges against Mr. Stratos arise from events occurring over five years ago and investigation continues to require substantial time and effort. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of the public and Mr. Stratos in a speedy trial and thus ask the Court to exclude time under the Speedy

Trial Act through July 23, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated: May 16, 2013            /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for TROY STRATOS

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: May 16, 2013            /s/ T. Zindel for T. Pickles
                                      TODD PICKLES
                                      Assistant U.S. Attorney

## O R D E R

The status conference is continued to July 23, 2013, at 9:15 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and orders time exclude through July 23, 2013, for the reasons set forth above.

    IT IS SO ORDERED.

Dated: May 20, 2013

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT