HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorneys for Defendant
TROY STRATOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-537 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | |
| TROY STRATOS, | Date: July 23, 2013 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

At a status conference on July 23, 2013, at the request of the parties, the Court scheduled a status conference for September 17, 2013, at 9:15 a.m. The Court also ordered time excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), at the request of the parties to afford counsel reasonable time to prepare in light of the recent superseding indictment and the prospect of additional discovery.

/////

/////

/////

Based on the parties' representations, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and orders time excluded through September 17, 2013, for the reasons stated above.

IT IS SO ORDERED.

Dated: July 23, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT