1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorneys for Defendant
   TROY STRATOS
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,     ) Case No. 2:11-CR-537 LKK
12                                )
                   Plaintiff,     )
13                                ) **STIPULATION AND ORDER SETTING**
         v.                       ) **BRIEFING AND HEARING SCHEDULE**
14                                ) **AND EXCLUDING TIME**
   TROY STRATOS,                  )
15                                )
                   Defendant.     ) Date:      September 17, 2013
16                                ) Time:      9:15 a.m.
   _____ ) Judge:     Hon. Lawrence K. Karlton
17

18

19      IT IS HEREBY STIPULATED AND AGREED between defendant Troy Stratos

20 through his attorneys, Heather Williams and Timothy Zindel, and plaintiff,

21 United States of America, through its attorney, Todd Pickles, that the

22 status conference scheduled for September 17, 2013, may be vacated and the

23 following schedule set for briefing and hearing on a motion to sever

24 counts.

25      Defendant's brief due          November 26, 2013

26      Opposition due                 December 24, 2013

27      Reply due                      January 7, 2014

28      Hearing                        January 14, 2014, at 9:15 a.m.

1    The pending indictment was substantially broadened in late May by the

2    addition of separate charges unrelated to those in the original

3    indictment.  The parties continue to investigate the case but agree at

4    this point to litigate a motion to sever counts so that the case may move

5    forward.  Because of extensive investigation needed to prepare the case

6    for trial, the parties agree that the interests of justice to be served

7    by a continuance outweigh the best interests of the public and Mr. Stratos

8    in a speedy trial and thus ask the Court to exclude time under the Speedy

9    Trial Act through January 14, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A)

10   and (B)(iv).

11                                      Respectfully submitted,

12                                      HEATHER E. WILLIAMS
                                        Federal Defender
13

14   Dated:   September 13, 2013        /s/ T. Zindel & H. Williams
                                        HEATHER WILLIAMS
15                                      Federal Defender
                                        TIMOTHY ZINDEL
16                                      Assistant Federal Defender
                                        Attorneys for TROY STRATOS
17

18                                      BENJAMIN B. WAGNER
                                        United States Attorney
19

20   Dated:   September 13, 2013        /s/ T. Zindel for T. Pickles
                                        TODD PICKLES
21                                      Assistant U.S. Attorney

22

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

**O R D E R**

The above schedule for briefing and hearing is adopted.  Based on the parties' representations, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and orders time exclude through January 14, 2014, for the reasons set forth above.

IT IS SO ORDERED.


Dated:   September 16, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT