THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-cr-00537-TLN |
|---|---|
| Plaintiff, | ) MEMORANUM REGARDING |
| vs. | ) AMENDMENT OF PSR SCHEDULE |
| TROY STRATOS, | ) |
| Defendant. | ) |

## **MEMORANUM**

The Judgment and Sentencing is current set for December 12, 2016 at 9:00 a.m. Defendant needs additional time to prepare for sentencing and the Pre-Sentence Report. Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to the following amendment of the PSR schedule:

| | |
|---|---|
| Reply or Statement | December 8, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | December 5, 2016 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 28, 2016 |

- 1 -

DATED: November 18, 2016

Respectfully submitted,

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Troy Stratos